SUSAN RAFFANTI, ESQ.
State Bar No. 120993
469 Ninth Street, Suite 200
Oakland, CA 94607
(510) 451-2825

Attorney for Defendant
LLOYD HARRIS

FILED
JUL 0 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 00618 DLJ |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER ISSUING |
| v. ) | WRIT OF HABEAS CORPUS AD |
| ) | TESTIFICANDUM |
| LLOYD HARRIS ) | |
| Defendant. ) | |

The Court has read and considered the papers submitted by defendant LLOYD HARRIS in connection with his motion for a writ of habeas corpus ad testificandum. Good cause appearing therefor,

IT IS ORDERED that the Clerk of the Court issue a writ of habeas corpus ad testificandum commanding the appearance of the witness named below at the evidentiary hearing set for July 7, 2006 at 10:00 a.m. in the above-entitled and numbered criminal action:

Patrick Reano
Martinez County Jail
1000 Ward Street, Martinez, CA

IT IS FURTHER ORDERED that given defendant's showing of indigency and the need for the writ for an adequate defense, the costs of such process and the fees and expenses associated with this witness shall be paid as if subpoenaed by the government.

Dated:  July 5, 2006

D. LOWELL JENSEN
U.S. DISTRICT COURT

ORDER FOR WRIT AD TESTIFICANDUM                                          1