SUSAN RAFFANTI, ESQ.
State Bar No. 120993
469 Ninth Street, Suite 200
Oakland, CA 94607
(510) 451-2825

Attorney for Defendant
LLOYD HARRIS

FILED
JUL 07 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>v.<br>LLOYD HARRIS<br>      Defendant. | No. CR 05 00618 DLJ<br><br>[~~PROPOSED~~] ORDER ISSUING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

The Court has read and considered the papers submitted by defendant LLOYD HARRIS in connection with his motion for a writ of habeas corpus ad testificandum. Good cause appearing therefor,

IT IS ORDERED that the Clerk of the Court issue a writ of habeas corpus ad testificandum commanding the appearance of the witness named below at the evidentiary hearing set for MONDAY JULY 24, 2006 at 10:00 AM in the above-entitled and numbered criminal action:

    Patrick Reano
    CDC# V23982
    San Quentin Prison

IT IS FURTHER ORDERED that given defendant's showing of indigency and the need for the writ for an adequate defense, the costs of such process and the fees and expenses associated with this witness shall be paid as if subpoenaed by the government.

Dated: 7-7-06

                              D. LOWELL JENSEN
                              U.S. DISTRICT COURT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: **Warden of San Quentin Prison**
c/o **FEDERICO ROCHA**, United States Marshal, Northern District of California, United States Marshal's Office, Oakland, CA and/or any of his authorized deputies, and the Jailor, Warden, Records Office, Out to Court Desk, San Quentin Prison

<u>GREETINGS:</u>

WE COMMAND that you have and produce the body of

**PATRICK REANO, CDC #V23982**, who is now in

your custody before the United States District Court, 4th floor, Courtroom #1, 1301 Clay Street, 4th Floor, Oakland, California, in the courtroom of Honorable D. LOWELL JENSEN on **Monday, July 24, 2006 at 10:00AM** to testify on that date and thereafter and at the termination

of said testimony and appearance to return her forthwith to your custody, or abide by such order of the above entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which her testimony is required in this Court;

WITNESS the Honorable D. Lowell Jensen, United States District Court Judge for the Northern District of California.
Dated:

                      Clerk, United States District Judge
                        Northern District of California

                    By: _Frances Stone_ (signature)

                            Deputy Clerk