IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 05-00618 DLJ (WDB) |
| Plaintiff, ) | |
| ) | ORDER APPOINTING COUNSEL |
| v. ) | |
| ) | |
| LLOYD HARRIS, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, and because it appears from Ms. Jessica Hoiten's financial affidavit that she is financially unable to retain counsel on her behalf, and based upon representations from counsel that Ms. Hoiten is a material witness in the above-referenced case who previously was subpoenaed to testify at defendant Lloyd Harris' revocation hearing,

IT IS HEREBY ORDERED that the federal public defender's office is appointed to represent Ms. Hoiten in the above-referenced case effective July 5, 2006.

SO ORDERED.

DATED: July 17, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

*IT IS SO ORDERED*
*Wayne D. Brazil*
*Judge Wayne D. Brazil*