Michael P. Thorman, #63008
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
Ph: (510) 785-8400
Fax: (510) 670-0955

Counsel for Defendant LLOYD J. HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD J. HARRIS,<br><br>Defendant. | No. CR-05-00618-DLJ<br><br>ORDER FOR TEMPORARY RELEASE |

IT IS HEREBY ORDERED that the above named defendant is given a stay in the execution of his four month prison sentence issued this day. He is to be released forthwith. He shall surrender to the U.S. Marshall at 1301 Clay Street, Oakland, California on or before 2 p.m., Friday April 6, 2007 to serve his sentence.

Dated: March 23, 2007

D. LOWELL JENSEN
DISTRICT COURT JUDGE