RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
LLOYD HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LLOYD HARRIS,<br><br>Defendant._____/ | No. CR. 05-00618-YGR<br><br>**ORDER RE. DEFENDANT'S RELEASE FROM CUSTODY**<br>_____ |

Defendant Lloyd Harris appeared before this Court on January 16, 2018 to set a hearing date on a supervised release violation.

Given that Mr. Harris has a court appearance in Solano County Superior Court (Vallejo) on Friday, January 26, 2018, IT IS HEREBY ORDERED THAT he shall be released from custody at the Glen Dyer Jail on January 25, 2018 so that he can attend that court appearance. He is ordered to be present in this Court on Monday, January 29, 2018 at 9 a.m. for admission/dispo.

Date: January 22, 2018

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE